UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 19 CR 322 |
| v. ) | |
| ) | Judge Virginia M. Kendall |
| EDWARD M. BURKE, ) | |
| PETER J. ANDREWS, and ) | |
| CHARLES CUI ) | |

## JOINT STATUS REPORT

The parties hereby respectfully submit the following joint status report:

1. The government has produced voluminous discovery in this case. Since the commencement of the case in 2019, the material produced includes thousands of Title III recordings, including wire interceptions conducted over Edward Burke's telephones between May 2017 and February 2018 (over 8,900 individual recordings consisting of hundreds of hours of recorded conversations), more than 200 discs, more than 50,000 pages, a variety of additional electronic discovery, and several boxes of hard copy material. Each production has included a detailed index, and with regard to recordings, the government has produced available line sheets and draft transcripts for approximately 16 recorded meetings involving defendant Burke. The government has produced Rule 16 material, Jencks Act, and *Giglio* material. One of the government's most recent discovery productions occurred on or about May 26, 2022, and was a production of *Giglio* and Jencks Act material that consisted of a hard drive containing approximately 4,000 recorded communications and associated line sheets (some of which was duplicative of recorded communications produced in prior productions), and recorded meetings that do not relate to the charged conduct and

that the government does not intend to introduce at trial. This production contained a combined total of approximately 233 hours of recorded conversations. The most recent discovery production occurred on or about November 21, 2022, and consisted of additional potential *Giglio* and Jencks Act material in the form of email communications. The vast majority of discovery in this case already has been produced, including *Giglio* and Jencks Act material. The government anticipates making a discovery production in early 2023, which it anticipates will include material that has more recently been obtained and loaded into the government's document management system, as well as additional *Giglio* and Jencks Act material.

      2.      Defense counsel are continuing to review the voluminous discovery produced to date. For example, with respect to *Giglio* and Jencks Act material concerning key cooperating witness Daniel Solis, the government produced over 34,000 Title III and consensually recorded calls, almost 90 video recordings of consensually recorded meetings, and over 20,000 text messages. While the government has produced line sheets for the Title III and consensually recorded calls, there are no line sheets or transcriptions included for the video recorded meetings in the May 26th production, which alone constitutes approximately 108 hours of recordings. Defense counsel have made substantial progress reviewing the Title III and consensually recorded calls, line sheets, and text messages concerning Alderman Burke, and the recently produced *Giglio* and Jencks Act materials concerning Alderman Solis, but that review does remain ongoing. With respect to the voluminous video recordings in the May 26th production, the review is in an earlier stage given

2

the lack of transcriptions from which counsel could triage their review (as can be accomplished with the Title III audio recordings).

3. The next status hearing in this matter is scheduled for November 30, 2022 at 11:15 a.m. Docket No. 206. Trial is scheduled to begin on November 6, 2023. Docket No. 200.

4. The parties have conferred and propose the following pre-trial schedule:

   a. Government's *Santiago* proffer and 404(b) Notice are due on August 25, 2023.

   b. The government will produce to defendants draft transcripts of recordings it intends to use at trial on September 8, 2023.

   c. Expert disclosures are due on September 1, 2023. Objections to expert disclosures are due on September 22, 2023. Rebuttal expert disclosures are due on October 13, 2023.

   d. Motions *in limine* are due on September 29, 2023. Responses are due on October 13, 2023.

   e. Proposed jury instructions are due on October 6, 2023.

Date: November 28, 2022

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ Amarjeet Bhachu
AMARJEET BHACHU
SARAH STREICKER
DIANE MACARTHUR
TIMOTHY CHAPMAN
MICHELLE KRAMER
JULIA SCHWARTZ
Assistant United States Attorneys
219 South Dearborn Street
Fifth Floor
Chicago, Illinois 60604
(312) 353-5300