# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                          Case No.: 1:19–cr–00322
                                                                Honorable Virginia M. Kendall

Charles Cui, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 21, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall as to Charles Cui. Jury Deliberations held and completed on 12/21/2023. Jury returns its Verdict as follows regarding Defendant Charles Cui: as to Count 12 of the Indictment, Guilty; Count 13 of the Indictment, Guilty; Count 14 of the Indictment, Guilty as to bribery and commercial bribery; Count 15 of the Indictment, Guilty as to bribery and commercial bribery; Count 17 of the Indictment, Guilty. Verdict Form to follow. Post Trial briefs shall be due by 2/8/2024. Responses due by 3/7/2024; Replies due by 3/21/2024. Sentencing is set for 6/17/2024 at 10:00 AM. Sentencing Position Papers shall be due by 6/3/2024. Cause referred to the Probation Office for a presentence investigation. The Government's oral motion for extension of time to file Government's version of offense is granted and shall be filed by 1/4/2024. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.