IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 19 CR 322 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| EDWARD M. BURKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EDWARD M. BURKE'S MOTION FOR
REVISED BUREAU OF PRISONS RECOMMENDATION**

Defendant, **EDWARD M. BURKE**, by and through his undersigned attorneys, respectfully moves this Court pursuant to Fed. R. Crim. P. 36 to revise the Bureau of Prisons recommendation in the Judgment from FCI Oxford to FCI Terre Haute.

1. On June 24, 2024, Mr. Burke was sentenced to twenty four months' imprisonment. At that time, Mr. Burke requested that the Court recommend his sentence be served at FCI Oxford's minimum security satellite camp, which the Court included in the Judgment. (Dkt. 510, amended at Dkt. 512). To date, Mr. Burke has not yet received notice from the Bureau of Prisons of his official designation.

2. Counsel have learned, and the Bureau of Prisons has confirmed, that the satellite camp at FCI Oxford is now closed. As a result, Mr. Burke seeks a revised recommendation to the minimum security camp at FCI Terre Haute.

3. Fed. R. Crim. P. 36 provides that the Court may "at any time" correct errors, oversights, or omissions in the judgment or record.

4. In light of the foregoing, Mr. Burke respectfully moves the Court to revise its recommendation to the minimum security camp at FCI Terre Haute.

Dated: August 1, 2024　　　　　　　　　　　　Respectfully submitted,

**JENNER & BLOCK LLP**

By: */s/ Charles B. Sklarsky*
　　Charles B. Sklarsky
　　Kimberly Rhum
　　353 N. Clark Street
　　Chicago, IL 60654
　　Tel: (312) 222-9350
　　csklarsky@jenner.com
　　krhum@jenner.com

**LOEB & LOEB LLP**

By: */s/ Joseph J. Duffy*
　　Joseph J. Duffy
　　Robin V. Waters
　　321 N. Clark Street, Suite 2300
　　Chicago, IL 60654
　　Tel: (312) 464-3100
　　jduffy@loeb.com
　　rwaters@loeb.com

**GAIR GALLO EBERHARD**

By: */s/ Chris Gair*
　　Chris Gair
　　Blake Edwards
　　1 East Wacker Drive, Suite 2600
　　Chicago, IL 60601
　　Tel: (312) 600-4901
　　cgair@gairlawgroup.com
　　bedwards@gairlawgroup.com

*Attorneys for Edward M. Burke*