**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 19 CR 322 |
| v. | Hon. Virginia M. Kendall |
| EDWARD M. BURKE ET AL | Chief Judge |

## **DESIGNATION OF COUNSEL**

Please take notice that the undersigned Assistant United States Attorney has designated in the above-captioned case.

                                                  Respectfully submitted,

                                                  ANDREW S. BOUTROS
                                                  United States Attorney

                                  By:    */s/Irene Hickey Sullivan*
                                                  IRENE HICKEY SULLIVAN
                                                  Assistant United States Attorney
                                                  219 S. Dearborn Street, Rm. 500
                                                  Chicago, Illinois 60604
                                                  (312) 353-5342

Dated: May 29, 2025